AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| Nolan Hamilton )<br>)<br>*Plaintiff* )<br>v. )  Civil Action No. 2:13-cv-02048-LDG-GWF<br>Swift Funds, LLC )<br>)<br>*Defendant* ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Swift Funds, LLC

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Cogburn Law Offices
2879 St. Rose Parkway, Suite 200
Henderson, Nevada 89052

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

LANCE S. WILSON                                            11/06/2013
CLERK                                                      DATE
*Lance S. Wilson*
(By) DEPUTY CLERK

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Swift Funds Financial, LLC, a California limited liability corporation

was received by me on *(date)* 11/24/2013

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Marie Ann Petree, who is designated by law to accept service of process on behalf of *(name of organization)* Swift Funds Financial, LLC, a California limited liability corporation on *(date)* 11/24/2013 ; ~~on~~ @5:30pm

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: March 13, 2014

*Server's signature*
Hope Peck, Certified Mobile Notary & Friendly Neighborhood Process Server, Los Angeles Registered Process Server 4597\

*Printed name and title*

3807 Stephen M. White Drive
San Pedro, CA 90731

*Server's address*

Additional information regarding attempted service, etc: